JOHN GILLEN, Appellant, *v.* HOME OWNERS' LOAN CORPORATION, Respondent.

Submitted January 8, 1942; decided February 26, 1942.

*Sidney J. Loeb* and *Fred A. Lewis* for appellant.

*Leo P. Dorsey, John B. Murphy* and *Jacob D. Menkes* for respondent.

Judgment affirmed, without costs; no opinion.

Concur: LEHMAN, Ch. J., LOUGHRAN, FINCH, LEWIS and CONWAY, JJ. Dissenting: RIPPEY and DESMOND, JJ.